IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTA PRODUCTS INC., *ET AL.*,

    Plaintiff,

  v.

RICHARD SHINDLE,

    Defendant.

No. C 06-02417 WHA

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE AND VACATING HEARING**

    Plaintiffs Betta Products, Inc. and Dana McCurnin move pursuant to 28 U.S.C. 157(d) and Local Bankruptcy Rule 5011-2(b) to withdraw the reference from the United States Bankruptcy Court for adversary proceeding. Defendant Richard Shindle has filed a statement of non-opposition to plaintiffs' motion. This order finds good cause to withdraw the reference under Section 157(d). Plaintiffs' motion, therefore, is **GRANTED**. Finding no further argument necessary, the hearing on this motion is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 10, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE