IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTA PRODUCTS INC.,            No. C 06-02417 CRB

    Plaintiff,                           **ORDER OF DISMISSAL**

  v.

RICHARD SHINGLE,

    Defendant.
_____/

    This action was reassigned to the undersigned judge nearly two years ago. The docket reflects that plaintiff has taken no action to prosecute this action since that time. The Court is aware that plaintiff is no longer in business and has voluntarily dismissed the related action before this Court, 05-2273 CRB. Accordingly, this action is DISMISSED for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 5, 2008                           CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2417\orderofdismissal.wpd