IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS INC, and DANA MCCURNIN,<br><br>    Plaintiffs<br><br>   v.<br><br>RICHARD SHINDLE.,<br><br>    Defendant. | No. C 06-02417 CRB<br><br>**ORDER VACATING DISMISSAL AND DIRECTING PLAINTIFFS TO SHOW CAUSE** |

Now pending before the Court is plaintiffs' motion to vacate the Court's May 5, 2008 dismissal of this action for a failure to prosecute. Plaintiffs' motion to vacate is GRANTED. Nonetheless, plaintiffs are ORDERED TO SHOW CAUSE why this action should not be dismissed for their failure to prosecute. In deciding whether dismissal is appropriate, the Court will consider all of the parties' submissions to date. To the extent a party wishes the Court to consider any additional evidence or written argument, such material shall be filed on or before noon on Thursday, June 19, 2008. The Court will hear oral argument at 10:00 a.m. on Friday, June 20, 2008–the time plaintiffs noticed for their motion to vacate.

**IT IS SO ORDERED.**

Dated: June 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2417\ordertoshowcause.wpd