IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS INC., and DANA MCCURNIN, | No. C 05-02274 CRB |
| Plaintiffs, | |
| v. | |
| ANDREW DYAKON, | |
| Defendant. _____/ | |
| BETTA PRODUCTS INC., and DANA MCCURNIN, | No. C 06-2471 CRB |
| Plaintiffs, | **ORDER CONSOLIDATING MOTIONS FOR HEARING** |
| v. | |
| RICHARD SHINDLE, | |
| Defendant. _____/ | |

Now pending are plaintiffs' motions for relief from judgment in the above matters, scheduled for oral argument on August 21, 2008. On August 8, 2008, defendants filed motions for sanctions on the ground that plaintiffs' motions for relief from judgment are frivolous. Defendants' noticed their motions for hearing on September 12, 2008. As plaintiffs' and defendants' motions are related, the Court will hear oral argument on all

1  pending motions on September 12, 2008.  The August 21, 2008 hearing is therefore

2  VACATED.

3  **IT IS SO ORDERED.**

4  Dated: August 12, 2008



5  CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE